FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 0 1 2023

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDWARD LEE GONZALES and MICHELE
RENEE GONZALES,
Plaintiffs,

V.

LARISSA M. HILE, JENNA SEENEY,
WILLIAM LONGIOIS, PATRICK H.
MCDONALD, LARRY SPEARS, JR., CITY
OF ORANGE, LANE MARTIN, MIKE
KUNTZ, DYLAN JINKS, WADE
ROBERTSON, ANTHONY GRANTHAM,
LESLIE LOVELACE, JASON
ASHWORTH, STEPHEN WARD.
ORANGE COUNTY SHERIFF'S
DEPARTMENT, LISA GARZA, THE
MEDICAL CENTER OF SOUTHEAST
TEXAS, JIMMY MØONEY, MICHAEL
KOLCUN, VALBHAV KHASGLWALIA,

Defendants

CIVIL ACTION
N0 1:23-CV-227-MJT-CLS

## MOTION FOR DEFAULT JUDGMENT OF ALL PERSON IN SUIT Fed. R. C. p. 42(b) / OBJECTION TO DEFENDENTS LARISSA HILE AND JENNA SENY'S MOTION (DOC. 54) INDIVIDUAL AND OFFICIAL CAPACITY

**Defendants,**
**LARISSA M. HILE, JENNA SEENEY, and Exceptional Emergency Center, 28 U.S.C.A. Section 3002 (15)(b),** 18 U.S. Code 241 Conspiracy Against Rights., Texas Constitution, and United States Connstitution And Texas Penel Codes

**Defendants, City of Orange, Police Capt., William Longlois, Off.,Patrick H. McDonald, Off., Anthony Grantham, Lt., Leslie Lovelace, Major Wade Robinson, Det. Capt.,Jason Ashworth, Det. Lt., Stephen Ward, Police Chief Lane Martin, Mayor Larry Spears, Jr., City Manager Mike Kuntz,** 18 U.S. Code 241 Conspiracy Against Rights., 18 U.S Code 242 Deprivation of Rights Under Color of Law, Texas Constitution, and United States Connstitution And Texas Penel Codes, and Policies and Procedures

1

**Insurance Provider of City of Orange Lisa Garza, Senior Claim Specialist and Texas Municipal League Intergovernmental Risk Pool,** 28 U.S.C.A. Section 3002(15,)(b), 18 U.S. Code 241 Conspiracy Against Rights., 18 U.S Code 242 Deprivation of Rights Under Color of Law, Texas Constitution, and United States Constitution

**Orange County Sheriff's Dupartment, Sheriff Jimmy Mooney,** Code 241 Conspiracy Against Rights. 18 U.S Code 242 Deprivation of Rights Under Color of Law, Texas Constitution, and United States Connstitution And, Policies and Procedures

**The Medical Center of Southeast Texas, Dr. Michael Kolcum, and Dr. Vaibhav Khasgiwalla** 28 U.S.C.A. Section 3002 (15) (b), 18 U.S. Code 241 Conspiracy Against Rights. Texas Constitution, and United States Connstitution And Dotors Code of Ethics and, Policies and Procedures of Medical Rights

# The Freedom of Information Act, 5 U.S.C. § 552  As Amended By
# Public Law No. 110-175, 121 Stat. 2524

§ 552. Public information; agency rules, opinions, orders, records, and proceedings  (a)

Each agency shall make available to the public information as follows:

> (1) Each agency shall separately state and currently publish in the Federal Register for the guidance of the public—
>
>> (A) descriptions of its central and field organization and the established  places at which, the employees (and in the case of a uniformed service, the  members) from whom, and the methods whereby, the public may obtain  information, make submittals or requests, or obtain decisions;
>>
>> (B) statements of the general course and method by which its functions are channeled and determined, including the nature and requirements of all  formal and informal procedures available;

**Constitutional Protections:**
**Article II Section 4** The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

**Article IV Section 1** Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

2

**Article VI Clause 2 (Supremacy Clause):** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

## POINTS AND AUTHORITIES

"DISCLAIMER: Edward Lee Gonzales and Michele Renee Gonzales has the knowledge of copyright laws and has observed the copyright symbol(s) contained within what appears to be ALL Books, Codes, References, Reporters, and the like dealing with law, and such a symbol's use and employment in providing notice that the contents therein are the private property of the copyright owner, and Edward Lee Gonzales and Michele Renee Gonzales freely admitting that Edward Lee Gonzales and Michele Renee Gonzales has neither grant, franchise, license, NOR letter-patent to use said contents, NOR practice the same. Please be advised that ALL Cites thereto, and excerpts therefrom, are utilized and employed herein merely for educational and communicational purposes, to display from where Edward Lee Gonzales and Michele Renee Gonzales present understanding inheres from, and , due to the depth of the matter with which this controversy attempts to cover." This is called Fair Use and is allowed for purposes of criticism, news reporting, teaching and parody which doesn't infringe on copyright under 17 INCLUSIVE USC (107)

THE NOTARY CERTIFICATE OF DEFAULT METHOD. VERSUS THE NOTARY PROTEST METHOD.

## BIVENS CLAIM: *Each of these is mentioned in Bivens and usable in a Title 42 U.S.C. 1985 Civil Tort. Also see: 28 U.S.C. s 1331(a) and 42 U.S.C. § 405(g).

Lawyers and Judges and Administrators and Sheriffs and Deputies and Police and the like, as is says in the constitution for the United States of America, "All civil officers of the United States…" that involve themselves in all manners of powers of attorney are racketeering and you and each of you are unfit to be in the public, because you and each of you are a public hazard. You and each of you have used fraudulent conveyance of language to enslave humanity. Slavery is disgusting in every culture on this planet as is the level of belligerence in which you conduct yourselves in the public. You and each of you no longer have access to foreign immunity because none of you have a valid contract. You do not have a contract and you and each of you are foreign agents **(Title 8 Section 1481)** and because you have no contract you cannot even claim to come from another land and to be foreign to this country. What you are is an invader. No other country and no department in the United States and therefore, none of the agents can claim foreign immunity.

> You and each of you are privateers, racketeers, sent by the private court system and the courts, and I am not a party to your fraud and therefore you have no jurisdiction over me. You and each of you have been disqualified under **U.S. Code Title 18 Section 1001.**
>
> {11th }Eleventh Amendment bars suit against state officials in their official capacity however it does not address customs promulgated by corporations acting as government, which is in violation of constitution.

**28 U.S. Code § 2680 – Exceptions.**
(h) Any claim arising out of assault, battery, false imprisonment, false arrest, malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights: Provided, That, with regard to acts or omissions of investigative or law enforcement officers of the United States Government, the provisions of this chapter and **Section 1346(b)** of this title shall apply to any claim arising, on or after the date of the enactment of this proviso, out of assault, battery, false imprisonment, false arrest, abuse of process, or malicious prosecution. For the purpose of this subsection, "investigative or law enforcement officer" means any officer of the United States who is empowered by law to execute searches, to seize evidence, or to make arrests for violations of Federal law.

**Haines –vs.- Kerner, 404 U.S. 519** (Reversed &amp; Remanded), allegations such as those asserted by petitioner, however inartfully decreed, are sufficient... which we hold to less stringent standards than formal pleadings drafted by lawyers. and **Woods –vs- Carey, 525 F3d 886, 889-890** (Reversed &amp; Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see Kay –vs.- Ehrler, 499 U.S. 432.
The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to the defendants allegedly unlawful conduct and likely to be redressed by the requested relief Allen v. Wright, 468 U.S. 737 (1984).

**Blyew vs. U.S. 80 US 581, 598-99 (1871).** "[I]t is a right, an inestimable right, that of invoking the penalties of law upon those who criminally or feloniously attack our persons or our property. Civil society has deprived us of the natural right of avenging ourselves, but it has preserved to us all the more jealously the right of bringing the offender to justice. By the common law of England, the injured party was the actual prosecutor of criminal offenses, although the proceeding was in the King's name; but in felonies, which involved a forfeiture to the Crown of the criminal's property, it was also the duty of the Crown officers to superintend the prosecution... To deprive a whole class of the community of this right, to refuse their evidence and their sworn complaints, is to brand them with a badge of slavery; is to expose them to wanton insults of fiendish assaults; is to leave their lives, their families, and their property

unprotected by law. It gives unrestricted license and impunity to vindictive outlaws and felons to rush upon these helpless people and kill and slay them at will..."

**Penhallow v Doans Administrators 3 U.S. 54 (1795)** at p 93 it was summarized as such; "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and contracts between them.

"**Trinsey v. Frank J. Pagliaro and Albert Foreman 229 F. Supp. 647 (1964).** 1. "Statements of counsel in brief or argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment." 2. "An attorney for the Plaintiff cannot submit evidence into court. He is either an attorney or a witness." 3. "Where there are no depositions, admissions or affidavits the court has no facts to rely on for a summary determination."

**Main v. Thiboutot, 448 U.S. 1 (1980).** ;The law provides that once State and Federal Jurisdiction has been challenged, it must be proven. The right of action created by statute relating to deprivation under color of law, of a right secured by the constitution and the laws of the United States and comes claims which are based solely on statutory violations of Federal Law and applied to the claim that claimants had been deprived of their rights, in some capacity, to which they were entitled."

**US v. Lopez and Hagans v. Levine** both void because of lack of jurisdiction. In Lopez the circuit court called it right, and in Hagans it had to go to the Supreme Court before it was called right, in both cases, void. Challenge jurisdiction and motion to dismiss, right off the bat. If you read the Supreme Court cases you will find that jurisdiction can be challenged at any time and in the case of Lopez it was a jury trial which was declared void for want of jurisdiction. If it [jurisdiction] doesn't exist, it can not justify conviction or judgment. without which power (jurisdiction) the state **CANNOT** be said to be said to be **"sovereign"** At best, to proceed would be in 'excess' of jurisdiction which is as well fatal to the State's/ USA's cause. **Broom v. Douglas, 75 Ala 268, 57 So 860** the same being Jurisdictional facts FATAL to the government cause ( e.g. see In re FNB, 152 F 64).

**US v. Rogers 23 F. 658** The question of jurisdiction in the court either over the person, the subject matter or the place where the crime was committed can be raised at any stage of the criminal proceeding; it is never presumed, but must always be proved; and it is never waived by the defendant.

**U.S. v. Lang 792 F.2d 1235 (4th Cir. 1986).** The first issue this case raises, and the most significant, is whether an individual holding corporate documents in a representative capacity may assert a fifth amendment privilege against producing those documents in response to a subpoena. Circuits addressing the question have split over the answer. Some confusion exists in the wake of recent Supreme Court decisions on the relationship of the fifth amendment to business-related documents.
Traditionally, the fifth amendment privilege could be claimed to shield production of private documents belonging to a natural person, **Boyd v. United States, 116 U.S. 616, 6 S.Ct. 524, 29 L.Ed. 746 (1886)**, but could not be claimed by an organized entity like a corporation, **Hale v. Henkle, 201 U.S. 43, 26 S.Ct. 370, 50 L.Ed. 652 (1906)**. Corporate officials seeking to claim an individual fifth amendment privileges were denied protection because of the policy that acustodian should not be able to shield the collective entity (which has no fifth amendment privilege) from governmental scrutiny by asserting a personal right.

**United States v. White, 322 U.S. 694, 699, 64 S.Ct. 1248, 1251, 88 L.Ed.1542 (1944) ; Wilson v United States, 221 U.S. 361, 378-79, 31 S.Ct. 538, 543, 55 L.Ed. 771 (1911)**. Under this rule, custodians assume the rights, duties, and privileges of the artificial entity of which they are agents or officers and they are bound by its obligations. The official records and documents that are held by them in a representative rather than personal capacity cannot be the subject of the personal privilege against self-incrimination, even though production of the papers might tend to incriminate them personally. White, 322 U.S. at 699, 64 S.Ct. at 1251

.**Penhallow v Doans Administrators 3 U.S. 54 (1795) at p 93** it was summarized as such; "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and contracts between them."

**Brady v. Maryland, 373 U.S. 83 (1963)** The governments withholding of evidence that is material to the determination of either guilt or punishment of a criminal defendant violates the defendants constitutional right to due process.

6

**Clearfield Trust Co. v. United States 318 U.S. 363-371 (1943)**: Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government. What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation. As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.

## THESE ARE THE TEXAS CONSTITUTION THAT EACH VIOLATED

### COUNT I
**Section 3, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 3. EQUAL RIGHTS. All freemen {, when they form a social compact, have equal rights, and no man, or set of men, is entitled to exclusive separate public emoluments, or privileges, but in consideration of public services. (Feb. 15, 1876.)**

### COUNT II
**Section 3a, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 3a. EQUALITY UNDER THE LAW. Equality under the law shall not be denied or abridged because of sex, race, color, creed, or national origin. This amendment is self-operative. (Added Nov. 7, 1972.)**

### COUNT III
**Section 5, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 5. WITNESSES NOT DISQUALIFIED BY RELIGIOUS BELIEFS; OATHS AND AFFIRMATIONS. No person shall be disqualified to give evidence in any of the Courts of this State on account of his religious opinions, or for the want of any religious belief, but all oaths or affirmations shall be administered in the mode most binding upon the conscience, and shall be taken subject to the pains and penalties of perjury. (Feb. 15, 1876.)**

### COUNT IV
**Section 8, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 8. FREEDOM OF SPEECH AND PRESS; LIBEL. Every person shall be at liberty to speak, write or publish his opinions on any subject, being responsible for the abuse of that privilege; and no law shall ever be passed curtailing the**

liberty of speech or of the press. In prosecutions for the publication of papers, investigating the conduct of officers, or men in public capacity, or when the matter published is proper for public information, the truth thereof may be given in evidence. And in all indictments for libels, the jury shall have the right to determine the law and the facts, under the direction of the Court, as in other cases. (Feb. 15, 1876.)

## COUNT V

Section 9, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 9. SEARCHES AND SEIZURES. The people shall be secure in their persons, houses, papers and possessions, from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause, supported by oath or affirmation. (Feb. 15, 1876.)

## COUNT VI

Section 10, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 10. RIGHTS OF ACCUSED IN CRIMINAL PROSECUTIONS. In all criminal prosecutions the accused shall have { a speedy public trial by an impartial jury. He shall have the right to demand the nature and cause of the accusation against him, and to have a copy thereof. He shall not be compelled to give evidence against himself{ and shall have the right of being heard by himself or counsel, or both, shall be confronted by the witnesses against him and shall have compulsory process for obtaining witnesses in his favor, except that when the witness resides out of the State and the offense charged is a violation of any of the anti-trust laws of this State, the defendant and the State shall have the right to produce and have the evidence admitted by deposition, under such rules and laws as the Legislature may hereafter provide; and no person shall be held to answer for a criminal offense.{ unless on an indictment of a grand jury, except in cases in which the punishment is by fine or imprisonment, otherwise than in the penetentiary{, in cases of impeachment, and in cases arising in the army or navy, or in the militia, when in actual service in time of war or public danger. (Feb. 15, 1876. Amended Nov. 5, 1918.) { The language of this provision is identical to the language of the official legislative measure that originally proposed the provision. A digital image of the original text of the official enrolled measure can be found here.

## COUNT VII

Section 12, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 12. HABEAS CORPUS. The writ of Habeas Corpus is a writ of right, and shall never be suspended. The Legislature shall enact laws to render the remedy speedy and effectual. (Feb. 15, 1876.)

## COUNT VIII

Section 13, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 13. EXCESSIVE BAIL OR FINES; CRUEL OR UNUSUAL PUNISHMENT; OPEN COURTS; REMEDY BY DUE COURSE OF LAW. Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted. All courts shall be open, and every person for an injury done him,

in his lands, goods, person or reputation, shall have remedy by due course of law. (Feb. 15, 1876.)

## COUNT IX

Section 16, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec.A 16. BILLS OF ATTAINDER; EX POST FACTO OR RETROACTIVE LAWS; IMPAIRING OBLIGATION OF CONTRACTS. No bill of attainder, ex post facto law, retroactive law, or any law impairing the obligation of contracts, shall be made. (Feb. 15, 1876.)

## COUNT X

Section 19, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec.A 19. DEPRIVATION OF LIFE, LIBERTY, PROPERTY, ETC. BY DUE COURSE OF LAW. No citizen of this State shall be deprived of life, liberty, property, privileges or immunities, or in any manner disfranchised, except by the due course of the law of the land. (Feb. 15, 1876.)

## COUNT XI

Section 23, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 23. A RIGHT TO KEEP AND BEAR ARMS. Every citizen shall have the right to keep and bear arms in the lawful defence{ of himself or the State; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime. (Feb. 15, 1876.)

## COUNT XII

Section 27, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 27.A RIGHT OF ASSEMBLY; PETITION FOR REDRESS OF GRIEVANCES. The citizens shall have the right, in a peaceable manner, to assemble together for their common good; and apply to those invested with the powers of government for redress of grievances or other purposes, by petition, address or remonstrance. (Feb. 15, 1876.)

## COUNT XIII

Section 28, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 28.SUSPENSION OF LAWS. No power of suspending laws in this State shall be exercised except by the Legislature. (Feb. 15, 1876.)

## COUNT XIV

Section 29, Article I, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 1. BILL OF RIGHTS Sec. A 29. A BILL OF RIGHTS EXCEPTED FROM POWERS OF GOVERNMENT AND INVIOLATE. To guard against transgressions of the high powers herein delegated, we declare that every thing in this "Bill of Rights" is excepted out of the general powers of government, and shall forever remain inviolate, and all laws contrary thereto, or to the following provisions, shall be void. (Feb. 15, 1876.)

## COUNT XV

Article II, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 2. THE POWERS OF GOVERNMENT Sec. A1. SEPARATION OF POWERS OF GOVERNMENT AMONG THREE DEPARTMENTS. The powers of the Government of the State of Texas shall be divided into three distinct departments, each of which shall be confided to a

separate body of magistracy, to wit: those which are Legislative to one,{ those which are Executive to another, and those which are Judicial to another; and no person, or collection of persons, being of one of these departments, shall exercise any power properly attached to either of the others, except in the instances herein expressly permitted. (Feb. 15, 1876.)

## COUNT XVI

Article XII, Texas Constitution (Tex. Official) THE TEXAS CONSTITUTION ARTICLE 12. PRIVATE CORPORATIONS Sec. A1. A CREATION OF PRIVATE CORPORATIONS BY GENERAL LAWS ONLY. No Private Corporation shall be created except by general laws. (Feb. 15, 1876.)

## COUNT XVII

Sec.A2. GENERAL LAWS FOR CREATION OF PRIVATE CORPORATIONS AND PROTECTION OF PUBLIC AND STOCKHOLDERS. General laws shall be enacted providing for the creation of Private Corporations, and shall therein provide fully for the adequate protection of the public and of the individual stockholders. (Feb. 15, 1876.)
Sec. A 3. (Repealed Aug. 5, 1969.) A Sec. A 4. (Repealed Aug. 5, 1969.)
A Sec. A 5. (Repealed Aug. 5, 1969.) A Sec. A 6. (Repealed Nov. 2, 1993.)
A Sec. A 7. (Repealed Aug. 5, 1969.)

SUBCHAPTER C. SUIT ON OFFICIAL BONDS
Sec. A 7.021.A SUIT ON OFFICIAL BONDS. Suit may be brought in the name of this state alone on an official bond for the benefit of all the parties entitled to recover on the bond if: (1) the bond is made payable to this state or to an officer of this state; and
(2) a recovery on the bond is authorized by or would inure to the benefit of parties other than this state. Acts 1985, 69th Leg., ch. 959, Sec. 1, eff. Sept. 1, 1985.

Sec. A 41.003. STANDARDS FOR RECOVERY OF EXEMPLARY DAMAGES.
(a) Except as provided by Subsection (c), exemplary damages may be awarded only if the claimant proves by clear and convincing evidence that the harm with respect to which the claimant seeks recovery of exemplary damages results from:

   (1) fraud;
   (2) malice; or 3
   (3) gross negligence.

(b) The claimant must prove by clear and convincing evidence the elements of exemplary damages as provided by this section. This burden of proof may not be shifted to the defendant or satisfied by evidence of ordinary negligence, bad faith, or a deceptive trade practice.


Sec. A 41.008. LIMITATION ON AMOUNT OF RECOVERY. (a) In an action in which a claimant seeks recovery of damages, the trier of fact shall determine the amount of economic damages separately from the amount of other compensatory damages.

(b) Exemplary damages awarded against a defendant may not exceed an amount equal to the greater of:
(1)(A) two times the amount of economic damages; plus
(B) an amount equal to any noneconomic damages found by the jury, not to exceed $750,000; or
(2) $200,000.
© This section does not apply to a cause of action against a defendant from whom a plaintiff seeks recovery of exemplary damages based on conduct described as a felony in the following sections of the Penal Code if, except for Sections 49.07 and 49.08, the conduct was committed knowingly or intentionally:
  (1) Chapter 31 (theft) the punishment level for which is a felony of the third degree or higher;
(d) in this section, "intentionally" and "knowingly" have the same meanings assigned those terms in
Sections 6.03(a) and
(b), Penal Code.

Sec. A 41.0105. EVIDENCE RELATING TO AMOUNT OF ECONOMIC DAMAGES. In addition to any other limitation under law, recovery of medical or health care expenses incurred is limited to the amount actually paid or incurred by or on behalf of the claimant.
Added by Acts 2003, 78th Leg., ch. 204, Sec. 13.08, eff. Sept. 1, 2003. 8

Sec. A 41.011. EVIDENCE RELATING TO AMOUNT OF EXEMPLARY DAMAGES.
(a) In determining the amount of exemplary damages, the trier of fact shall consider evidence, if any, relating to:
  (1) the nature of the wrong;
  (2) the character of the conduct involved;
  (3) the degree of culpability of the wrongdoer;
  (4) the situation and sensibilities of the parties concerned;
  (5) the extent to which such conduct offends a public sense of justice and propriety; and (6) the net worth of the defendant.
  (b) Evidence that is relevant only to the amount of exemplary damages that may be awarded is not admissible during the first phase of a bifurcated trial.
Added by Acts 1995, 74th Leg., ch. 19, Sec. 1, eff. Sept. 1, 1995.

CIVIL PRACTICE AND REMEDIES CODE TITLE 4. LIABILITY IN TORT CHAPTER 78A. LIABILITY OF FIRST RESPONDERS FOR ROADSIDE ASSISTANCE
Sec. 78A.001.DEFINITIONS. In this chapter: Text of subdivision effective until January 01, 2025
  (1) "First responder" means a law enforcement, fire protection, or emergency medical services employee or volunteer, including:
  (A) a peace officer as defined by Article 2.12, Code of Criminal Procedure;
(D) an individual certified as emergency medical services personnel by the Department of State Health Services. Text of subdivision effective on January 01, 2025

**Added by Acts 2017, 85th Leg., R.S., Ch. 1150 (H.B. 590), Sec. 1, eff. September 1, 2017. Amended by: Acts 2023, 88th Leg., R.S., Ch. 765 (H.B. 4504), Sec. 2.010, eff. January 1, 2025.**

## I. INTRODUCTION

(We) Edward Lee Goinzales And Michele Renee Gonzales Official Transcripts and Submitted. Documents in as far as my complaint I stated Facts, in a Combination of all the Constitution and the State Law Penal Codes and their Policies and Procedures. that I'll name herein;

[1]The Actions (taking the keys We had Lawfully Possession) of {Actors} Larissa Hile and Jenna Seeney. Violated my Fourth Amendment, False Imprisonment the Right of the People to be secured against unreasonable searches and seizures, shall not be violated, in doing so, causing us to be stranded with no transportation, no way to get into our house and Our firearms unattended Volated my Second Amendment by way of Not being able to secure our Firearms. and keep and bear arms shall not be infringed. And to Trespass Edward Lee Gonzales for No Legal Reasoning. And would like to Contest the Legality of the Criminal Trespass {Exhibit UU} (OPD., Proximity Restriction) Four months (10/11/22) After the Incident in Question that Larissa Hile and Jenna Seeney for what reasoning? Also A Establishment has the Right to Refuse Service., but Can not Refuse to Lawfull {PATRIOT'S}. What Did We do that was UNLAWFUL? established and also violated my First, Second, Fourth, Fifth, Ninth, and Fourteenth (1) Amendments by their actions that night. We Stated it in my original complaint when we both told All Officers what the Nurses did PRIOR to them going to Investigate So said Aledged Disturbance the Night in Question. In Body Camera Footage. In Our Evidence on the thumb drive and {316 binder} with Exhibits of their Statements. Also, Both Larissa Hile and Jenna Seeney Violated 18 U.S. Code 241 Conspiracy Against Rights; If two or more persons conspire to injure, oppress,

---

[1](30)"Law" means the constitution or a statute of this state or of the United States, a written opinion of a court of record, a municipal ordinance, an order of a county commissioners court, or a rule authorized by and lawfully adopted under a statute.
 (35)"Owner" means a person who:
(A)has title to the property, possession of the property, whether lawful or not, or a greater right to possession of the property than the actor; or
(39)"Possession" means actual care, custody, control, or management.
(48)"Unlawful" means criminal or tortious or both and includes what would be criminal or tortious but for a defense not amounting to justification or privilege.

threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, because of; Admitted to taking said property in Statements and Body Camera Footage Without The Consent of the Title Owner of said Property. Their Actions Caused all the injuries that occurred. 18 U.S Code 1001 ©, (1), 41 U.S.C. 111., 18 U.S. 241 Conspiracy Against Rights., **Blyew vs. U.S. 80 US 581, 598-99 (1871).**

**D&G HOLDINGS, LLC t/a Doctors Lab vs. SYLVIA MATHEWS BURWELL, et al. 156 F.Supp.3d 798 (2016).**
There is a presumption against subject matter jurisdiction that must be rebutted by the party bringing an action to federal court.
Parties affected by Medicare administrative determinations may sue in federal court under federal question jurisdiction, bypassing Social Security Act's administrative exhaustion requirement for Medicare claims, only where requiring agency review would mean no review at all. In determining whether the "no review at all" exception to Social Security Act's administrative exhaustion requirement for Medicare claims applies, the question is whether the plaintiff is simply being required to seek review first through the agency or is being denied altogether the opportunity for judicial review. 42 U.S.C.A. § 405(h).
All of the following requirements must be satisfied in order for a court to grant interim injunctive relief in a status quo action under the All Writs Act: (1) virtual certainty of irreparable injury, (2) a similar certainty of success on the merits, for example, outrageous or entirely unauthorized, ultravires, so to speak, agency action, (3) minimal harm to the agency, in the sense of disruption of its processes, and (4) the public interest clearly favoring the assumption of jurisdiction. 28 U.S.C.A. § 1651.
In the agency context, an "ultravires" act is one where the agency has exceeded its statutory or constitutional power to act.
To survive a motion to dismiss for failure to state a claim, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face; however, courts are not bound to accept as true a legal conclusion couched as factual allegation. Fed. R. Civ. P. 12(b)(6).
Mandamus is appropriate when these three elements are satisfied: (1) the plaintiff has a clear right to relief, (2) the defendant a clear duty to act, and (3) no other adequate remedy exists.

**KATZ, Petitioner vs. UNITED STATES. 88 S.Ct. 507 (1967).**
Fourth Amendment protects individual privacy against certain kinds of governmental intrusion, but its protections go further, and often have nothing to do with privacy at all.

**First Amendment imposes limitations upon governmental abridgment of freedom to associate and privacy in one's associations.**
**To some extent Fifth Amendment reflects Constitution's concern for right of each individual to a private enclave where he may lead a private life.**
**Fourth Amendment protects people, not places. What a person knowingly exposes to the public, even in his own home or office, is not a subject of Fourth Amendment protection.**
**What a person seeks to preserve as private, even in an area accessible to the public, may be constitutionally protected under Fourth Amendment.**
**Officers need not announce their purpose before conducting an otherwise authorized search if such an announcement would provoke the escape of the suspect or the destruction of critical evidence. Federal Rules of Criminal Procedure do not impose an inflexible requirement of prior notice of an authorized search.**
**Court could not sustain search by way of electronic surveillance without prior judicial sanction on ground that officers reasonably expected to find evidence of a particular crime and voluntarily confined their activities to the least intrusive means consistent with that end.**

**In (Exhibit I) D,Q, Jinks Peace Officer of the State of Texas (since 2019) submitted an AFFIDAVIT OF PROBABLE CAUSE 07/05/22 Repot # 2211915 to have EDWARD LEE GONZALES arrested for resisting Search- MA In (Exhibit J) Detective Jinks Submitted an Case Content Affidavit (Art. 2.1397) July 25th and signed by T,W. Hilyaz and (Exhibit K pg. 2) INTAKE SUBMISSION July 25, 2022/ 07/21/22 ,DVD Submitted by Detective Jinks and Complaing Witness S.O.T. Where as, Larissa Hile and Jenna Seeney Commited theft By Deception and False Report in doing so they wrote statements (Exibit O) Three Statements from Larissa M.Hile and One Statement From Jenna Seeney show what they stated**

The term "willfully" means no more than that the forbidden act was done deliberately and with knowledge, and does not require proof of evil intent. *McClanahan v. United States*, 230 F.2d 919, 924 (5th Cir. 1955), *cert. denied*, 352 U.S. 824 (1956); *McBride v. United States*, 225 F.2d 249, 255 (5th Cir. 1955), *cert. denied*, 350 U.S. 934 (1956). An act is done "willfully" if done voluntarily and intentionally and with the specific intent to do something the law forbids. There is no requirement that the government show evil intent on the part of a defendant in order to prove that the act was done "willfully." *See generally United States v. Gregg*, 612 F.2d 43, 50-51 (2d Cir. 1979); *American Surety Company v. Sullivan*, 7 F.2d 605, 606 (2d Cir. 1925)(Hand, J.); *United States v. Peltz*, 433 F.2d 48, 54-55 (2d Cir. 1970),*cert. denied*, 401 U.S. 955 (1971) (involving 15 U.S.C. § 32(a). *See also* 1 E. Devitt, C. Blackmar, M. Wolff & K. O'Malley, *Federal Jury Practice and Instructions*, § 17.05 (1992).

1. Those that deal with a question involving the United States Constitution;

Amendment 1. The right to Petition the government for a redress of grievances, We Spoke to Officers and Stated what these Defendants Did Prior to Speaking to Larissa Hile or Jenna Seeney speaking to Officers.

Amendment 2. The right of the people to bear arms, shall not be infringed, Prior to Any Police was Called these Employees of Exceptional Emergency Center Stole the Keys from me and my wife by Theft by Deception and Then kick Us Out of There Facility without a Lawful Reason. All though We weren't Happy that they Stole the keys. We asked to unlock the truck so we could get her purse and keys to Our House. But They Refused.

Amendment 4. By way of searches and seizures, shall not be violated. Stole Keys from my wife and I by Deception.shall not be tolerated.

Amendment 5, Nor be deprived of life, liberty, or property, without due process of law, The Nursing Staff Lied and Stated That We did Something Unlawful. Where as They Themselves Have.

Amendment 9, The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people. We Have Protection of the Law.

Amendment 14 (1). Nor deny to any person within its jurisdiction the equal protection of laws. We both toldthe officers What Larissa Hile and Jenna Seeny Did and Received No Protection of Laws. From any Persons Named in Lawsuit.

2. Those that involve questions of federal law (as opposed to state law, unless there is a state law claim related to a federal claim being made, in which case the court may agree to consider it); The staff at Exceptional Healthcare Facility went Above their Uniform Commercial Code for Nurses and Staff also broke State Penal Codes by their actions the night of the incident the following are the penal codes of which they broke… TEXAS PENAL CODES;

SEC. 1.07. (A) (2), (5), (6), (7), (8), (9), (A), ©, (D), (E). (F) (10), (11) (12), (13, ) (15), (19) (A), (25), (26), (28), (29), (30), (32), (35) (A), (38), (39), (41) (F), (42), (43), (46), (48).
Tx penal code; 15.03 (A), ©, (2). (3), (4) (d), (2).
Tx penal code; 22.01 (A) (1).
Tx penal code; 22.02 (A) (1), (b), (2), (A) ©.
Tx penal code  22.05 (A)
Tx penal code; 22.07 (a) (1) (2) (3) (4) (5) (6) (g)
Tx penal code  31.01 (1) (A), (3) (A), (5) (B), (7).
Tx penal code, 31.02

Tx penal code   31.03  (a)  (b)  (1)  ©  (2)
Tx penal code   6.01  (a)  (b)
Tx penal code   6.02  (a)  (b),  ©,  (d)  (1)  (2)  (3)  (4),  (E),  (F)
Tx penal code   6.03  (A),  (b),  ©,  (d)
Tx penal code   6.04  (A)  (b)  (1)  (2)
Tx penal code   42.0601  (1),  (2),  (3),  (4)  (b),  (2)  (a)  (B)  ©
Sec 42.0601 False report to induce emergency response (a) (1) (2) (3) (4) (b) (2) (a) (b) ©

3. Those that involve the United States as a party, whether as a plaintiff or defendant; Sec 42.0601 False report to induce emergency response Larissa Hile and Jenna Seeney involved the United States as a party by Violated Our Rights by False Imprisonment, and by Theft by Deception and calling the Police and making a False Report and FalseStatements. **The injuries to liberty are principally termed "false imprisonment:., or malicious prosecutions.** Violated Our Rights of Being Secured in Our Person, Homes, Paper, and Effects. Without Unreasonable search and Seizures Shall Not Be Violated, Fourth Amendment.

4. Those that involve a dispute among residents of different states with an amount in controversy exceeding $75,000.2 1 Warth v. Seldin, 422 U.S. 490, 499 (1975); see U.S. v. Hays, 515 U.S. 737, 743 (1995). 2 It is important to note that in cases invoking diversity jurisdiction with multiple defendants or multiple plaintiffs, no single defendant can be a resident of the same state as any single plaintiff.

Larissa Hile does not reside in the State of Texas. She lives in Louisiana, and the address is in files submitted to the Court.

a. Lack of Subject Matter Jurisdiction; The Plaintiff's argues that the Court does have the legal authority to hear the kind of lawsuit that I and My wife the Plaintiffs filed. In other words, the plaintiffs contest that the case involves Several Violations of a Federal Law or the U.S. Constitution, and Texas Constitutions, and Texas State Laws and Penal Codes, And is between citizens of different states involving an amount in controversy greater than $75,000. The Medical Damage Exceeds that above amount and the Emotional Damage is Unbearable to Even Calculate the amount of money there consists of

b. Lack of Personal Jurisdiction The Plaintiffs argue that the Court has the legal authority to hear the case because the defendants have an Enormous Connection with the District in which the case was filed. The Plaintiffs must Show that it is a Resident of a Different State in which the case was brought.

And have done so. Larissa Hile, Resides in Lake Charles, La.,

e. Failure to State a Claim Upon which Relief Can be Granted The Plaintiffs argue that everything in the complaint is TRUE, the Defendant's did Violate the Law. In my Investigation of Common Law We Adhere to the United States of America Constitution and Texas Constitution and The Laws of the States of Texas and Statutes and their meaning there of. One Million for Constitution Violation Per., and Fifty Thousand Per Punitive damages. Two-Hunderd Thousand Dollars. Per Oath of Nurses Code of Ethics Volations Acording to Federal law And state Laws. TRIAL BY JURY.

**MELO, (James C. Jr.), Louise Jurik, Donald Ruggerio, Karol Danowitz, James Dicosimo, Lucille Russell, Walter W. Speelman, John Weikel, Appellants, vs. Barbara HAFER and James J. WEST. Carl GURLEY, W. Gerard Best, Michael Brennan, Margaret Casper, Elizabeth Buchmiller, Daniel Clemson, Mary Fager, George A. Franklin, Jr., Appellants, 912 F.2d 628 vs. Barbara HAFER. Nos. 89–1924, 89–1925. (Argued 1990).**
**Eleventh Amendment bars suit against state officials in their official capacity, because state is real party in interest inasmuch as plaintiff seeks recovery from state treasury; in suit against state officials in their "personal" capacity, however, where plaintiff seeks recovery from personal assets of individual official, state is not real party in interest, and suit is not barred by the Eleventh Amendment. State officials sued for damages in their personal capacities are "persons" under § 1983 and therefore subject to civil rights suit.**
**Former state employees should have been given leave to amend civil rights complaint against state official to assert with specificity that they sued official for damages in her individual capacity, if there was any remaining ambiguity about that issue once employees explained matter in district court, particularly in view of other indications supporting individual capacity assertion.**

**Corby v. Dooley, 313** Ill, App. 509, 40 N.E. 2 nd 581,584 Re: JURISDICTION: "It is the power conferred by the Constitution or by law."

17

What must be proven or disproven is the burden of proof. In my Jurrat Statement Exhibit {L.] Jurrat dated July 12, 2022, I Stated Exactly What Happened that Night. June 24, 2022. And the District Attorney is Withholding Evidence. In supporting Documents District Attorney Intake Submit Form Exhibit {K} was Refused by the District Attorney because of the DVD., July 23, 2022, Submitted by Detective Jinks.   REQUESTS FOR ADMISSION

A discovery request served on a party asking that the party admit in writing and under oath the truth of any statement, or to admit the applicability of a law to a set of facts. I Respectful Request For Admission All Statements that the Parties Admitting to Police Department for Our Unlawful Detainment in Our Constitution of the United States of America

As for as; This is Our Formal REQUEST FOR ADMISSION from All Parties Involved and Submit their DECLARATION Statements,   fcalvert@calvert-eaves.com , dgremillion@co.orange.tx.us , rhorn@germer.com

**The Supreme Court further stated: "Petitioner also argues that, under the Act, the obligatory filing of objections extends only to findings of fact. She urges that Congress, in order to vest final authority over questions of law in an Article III judge, intended that the district judge would automatically review the magistrate's conclusions of law. We reject, however, petitioner's distinction between factual and legal issues.**
**Once again, the plain language of the statute recognizes no such distinction. We also fail to find such a requirement in the legislative history.**

**Report & Recommendation Objection**

**In Reference to How and What Happened Please Refer back to my Original Complaint filed June 12, 2023 of What and How things Occured the Night in Question and (Exhibit L) in 316 pg. Binder.**

VOID WHERE PROHIBITED BY LAW
CONCLUSION AND PRAYER

These are the factual statements made by the parties and myself, my wife, and Tom Royston as stated the plaintiffs demand judgment against the defendants and their liability appears in the said Laws Inscribed by the Statutes of the Legislation and the Color of law of the U.S. Code 18 241 & 242 and United States Constitution of the United States 1776. Based on all the foregoing, the said plaintif prays that this court grants my motion of standing and relief to which we are justly entitled.

PRAYER FOR RELIEF: The Actors in Question;

Larissa Hile and Jenna Seeney Caused All Damages including False Imprisonment, Theft by Deception, and False Repoting to Induce Emergency Response., in doing so caused All Injuries We Received. We are Requesting that They are Held Accountable By Law For There Actions They Inflicted on Me and My Wife In my Investigation of Common Law We Adhere to the United States of America Constitution and The Texas Constitution Laws of the States and Statutes and their meaning there of.

Relief of Monies all compensatory and Punitive Damages in the Amount (1) One Million Dollars for Each United States Constitution Violation Per.,and (1) Million Dollar For Each Texas Constitutions Violatioms and (50) Fifty Thousand Per Compensatory and Punitive Damages. Two-Hunderd and Fifty Thousand Dollars. Per Oath of Nurses Code of Ethics Violations Per Person. And Exeptinoal Emergeny Center Beheld Accountable for their Employees in A Emergency Situation. Where's the Emergency or Where's Care Respectfully submited,

Joint and Several Liability

November 31, 2023

Pro Se Litigants,
EDWARD LEE GONZALES

MICHELE RENEE GONZALES

CERTIFICATE OF SERVICE

I hereby certify that on the 31st, day of November 2023, a true and corrected copy of the foregoing has been served upon all known counsel of record in accordance with the federal rules of civil procedures through the Email we agreed upon on the 31st day of September 2023.

Joint and several liability

PRO SE LITIGANTS

*[signature]*
EDWARD LEE GONZALES

*[signature]*
MICHELE RENEE GONZALES

November 31, 2023