IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD LEE GONZALES and MICHELE RENEE GONZALES, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-434-MJT-CLS |
| LARISSA M. HILE, and JENNA SEENEY | § § § § | |
| *Defendants.* | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order Adopting the Recommendation of the United States Magistrate Judge, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed. The clerk of the court is directed to CLOSE this case. All pending motions are hereby denied as moot.

THIS IS A FINAL JUDGMENT.

SIGNED this 8th day of December, 2023.

_____
Michael J. Truncale
United States District Judge